23 So.2d 882

**J. W. BURNS v. CITY OF TUSCALOOSA.**

**6 Div. 216.**

Court of Appeals of Alabama.
Nov. 29, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.

23 So.2d 143

**Helen CAMPBELL v. STATE.**

**6 Div. 203.**

Court of Appeals of Alabama.
May 8, 1945.

Harold Price, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

25 So.2d 855

**Morris CASEY v. STATE.**

**4 Div. 931.**

Court of Appeals of Alabama.
April 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

24 So.2d 921

**General Hubert CASH v. STATE.**

**3 Div. 873.**

Court of Appeals of Alabama.
Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 854

**Eugene CHAISSON v. STATE.**

**I Div. 502.**

Court of Appeals of Alabama.
April 17, 1945.

M. F. Dozier, of Mobile, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 883

**Jim CHAPMAN, Jr., v. STATE.**

**4 Div. 910.**

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.